**Dismissed and Memorandum Opinion filed January 24, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00677-CR**

_____

**OGOCHUKWUJ OKWO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 5
Harris County, Texas
Trial Court Cause No. 1636879-A**

## MEMORANDUM OPINION

Appellant appealed the denial of his writ of habeas corpus in a misdemeanor case. *See* Tex. Code Crim. Proc. Ann. art. 11.072.

On December 20, 2011, this court ordered a hearing to determine why appellant, who is represented by retained counsel, had not filed the reporter's record in this appeal. On January 9, 2012, the trial court conducted the hearing, and the court's findings were filed in this court on January 11, 2012.

At the hearing, appellant's attorney and the State's attorney appeared, but appellant failed to appear despite having received notice of the hearing. Appellant's attorney stated

that appellant reported he did not have funds for the appeal. When appellant's attorney informed appellant that counsel could be appointed if he were indigent, appellant stated to counsel that he did not want to pursue the appeal. The trial court concluded "that appellant has abandoned this appeal."

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the finding of the trial court that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).